**Marcus Wayne SPRINGER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27632.

Court of Criminal Appeals of Texas.

May 25, 1955.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, seven years in the state penitentiary.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute his appeal and requests that the same be dismissed.

The request is granted and the appeal is dismissed.